1

**JS-6**

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   ABEL MORENO,                          Case No.:  5:22-cv-00448-MEMF(SPx)

12                        Plaintiff,   **ORDER GRANTING JOINT STIPULATION
                                       TO SUBMIT THIS MATTER TO BINDING**
13            v.                       **ARBITRATION AND STAY ACTION [ECF
                                       NO. 16]**
14

15   KEURIG DR. PEPPER INC., et al.,

16                        Defendants.

17

18

19

20          On May 12, 2022, the parties submitted a Joint Stipulation to Submit This Matter to Binding

21   Arbitration and Stay Action. ECF No. 16. The Court, having considered the parties' Joint Stipulation

22   and finding good cause therein, hereby GRANTS the Joint Stipulation and ORDERS as follows:

23       1. Plaintiff Abel Moreno is ordered to submit to final and binding arbitration the claims against

24          Defendant Keurig Dr. Pepper, which are set forth or could have been asserted in Moreno's

25          Second Amended Complaint (ECF No. 14); and

26       2. This Action is STAYED pending resolution of the arbitration. The parties shall file a joint

27          report on the status of the arbitration every ninety (90) days, starting from the date of this

28          Order. The parties are also directed to jointly notify the Court within forty-eight (48) hours of

the conclusion of the arbitration proceeding. The clerk is directed to administratively close the case.

IT IS SO ORDERED.

Dated: May 16, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge